# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINO

## Civil Cover Sheet

08CV2265
JUDGE HIBBLER
MAG. JUDGE VALDEZ

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** CURTIS SMITH

**County of Residence:**

**County of Residence:** KANKAKEE

**Plaintiff's Address:**

1) AUSA

2) Eric H. Sussman
United States Attorney's Office (NDIL)
219 South Dearborn Street, Suite 500
Chicago, IL 60604

**Defendant's Attorney:**

Curtis Smith
#228499
Kankakee - JCDC
3050 Justice Way
Kankakee, IL 60901

FILED
APR 21 2008
Apr 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to vacate

**Cause of Action:** 28:2255

**Jury Demand:** [ ] Yes [✓] No

**Signature:** A. E. Woodham   **Date:** 04/21/2008

Hibbler
Valdez
06 CR 441