United States District Court Northern District - Eastern Division

Curtis Smith     Case number # 08C 2265

Jerome Combs Detention Center    Prisoner Number: 228499

(ORIGINAL)

United States of America v. Curtis Smith (movant)

Motion To Vacate Conviction

FILED
May 5, 2008
MAY 5 2008 MB

AMENDED

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1.(A) United States District Court Northern - Eastern Division.
  (B) 08C 2265

2.(A) April 11, 2008
  (B) July 24, 2008
3. Length of Sentence: N-A    (4) One Count Unlawful Possession of a Weapon by Felon.
                                    One Count Possession of a Controlled Substance by Felon.
5.(A)(1) NOT GUILTY    (5)(B) N-A
(6) Jury Trial    (7) Yes    (8) Yes

(9) If you did appeal answer the following:
9.(A) Notice of Appeal to a Court of Appeals from a Judgment of Conviction. (B) NA
9.(C) NA  (9)(d) NA  (9)(E) NA
Grounds Raised:
9.(F)(1) On April 05, 2008 A.D. Before The Jury Trial began, The Defendant Curtis Smith presented in open court a motion to dismiss charge; 725 ILCS 5/114-1-(A)(9) The Indictment is based solely upon The Testimony of an incompetent witness, The City of Chicago Sixth District Police Officer Michael O'Donnell.

(2) Officer O'Donnell, Lied, Committed Perjury Before The Special Grand Jury number #2199 Transcript of Testimony Taken in The Above Entitled Matter on The 22nd Day of February 2005 A.D. In The Light Officer O'Donnell Committed Perjury After he was duly Forsworn under Oath, Seeking and Granted a True Bill of Indictment against The Defendant Curtis Smith and Denise Evans Case Number # 05CR 5199.

(3) Officer O'Donnell, Lied, Committed Perjury again Before The Honorable Judge William Hibbler; After he was duly Forsworn under Oath on The 7th and 8th Day of April 2008 A.D. Therefore none of Officer O'Donnell Testimony Match, nor Mirrors his City of Chicago Police Arrest Report number # HL-153314 That was written on January 30, 2005 Police Arrest Report Statement.

(4) Office Walker and Officer O'Donnell Testimony upon The Witness Stand Do not Match, After They were duly Sworn under Oath Their Statement Did not Mirror Each Other in not one conscionable, Reasonable Connectionable way.

Prosecutorial Misconduct:
(5) The Real Extrinsic 33 years old Rusted Derringer, and The Chevy Cargo Work Van Evidence of Authenticity was conveniencitly Destroyed by The City of Chicago Police Department.
Then, Prosecution substituted The Real Destroyed 33 years old Authentic Evidencial Fact Rusted out Trigger, Beat-up Pistol, with a Brand New shiny Radiant, Brighter Bigger more Dangerous Looking Weapon.

(1 of 4)

MOTION UNDER 28 U.S.C. § 2255 TO VACATE CONVICTION

CURTIS SMITH                Case Number: 08C2265

Jerome Combs Detention Center    Prisoner number: 228499

United States District Court Northern District - Eastern Division

United States of America vs. Curtis Smith

MOTION TO VATE CONVICTION

9.(F)(5) The Prosecution substituted the Destroyed Chevy Real Cargo Work Van with the Damage Broken off passenger side door window Handle, with a picture of a white Van Showing the driver side only.

(6) Now on the witness stand; Defendant Curtis Smith asks Officer O'Donnell For what are the Probable Cause have you handcuffed and Arrested me Officer? Officer O'Donnell stated "He seen a known Prostitute get of the Van. I Ran your License Plate Curtis you are a sex offender. The Jurors said ool-O-OH-OOOL!

(7) The Prosecution seeing and Recognizes Jurors Detestibleness, Hate of Defendant, Then Prosecution Virulenty Attacked Defendant on the sex offense of 1994 over and over again prosecution Ran that Train of sex offender of 1995 over the Jury. Prosecution Changed the year From 1994, to 1995 For unknown Reason To me.

(8) Prosecution should have Excluded, the most Extremely Society hated, Detestiable sex offender pass wrong, crimes, Then, Although Relevant Evidence of Defendant crimes wrongs of the Pass, Probative value is substantially outweighed by the danager of unfair, prejudice, Confusion of the Issues and it Misleading the Jurors, These circumstances Entail Risks which range all the way From Inducing, Decision on a purely Emotional Basis and Extreme Outrage upon the defendant.

(9) Wherefore Premises concidered; This scene played out upon the Defendant Curtis Smith on the 11TH Day of April 2008.A.D. Thus, After appoximately 30 minutes of Jury diliberation. The Judge William Hibbler Recalled the Jurors out into the Open Court Because, the Jury was diliberating on sentenceing, and how much Time To give the defendant For the 1994 sex offense only

10. One of the Jurors was demanding defendant Curtis Smith Receive Life For the 1994 Sex Offense.
The Court Ordered, Demanded that the Jurors diliberate on the January 30, 2005 case Only. I Asked my Attorney Michael Finn to asks For a Mistrial, thus To have all the complete Jury Dismissed. He said No.

11. The Jury came Back with a verdict of Guilty within approximately one and a half hour. I was Convicted. Forthwith: For a Crime I did Not Commit.

9.(F)(1) The Defendant Curtis Smith did not Receive a Fair Unprejudice Jury Trial Base upon The Evidencial Facts. Thereforeafter I Curtis Smith Has Been Denied, Deprived of My Freedom, Family, Liberty, Property and the Fairness of Due Process of Law.
In the Light; Curtis Smith is the Victem of a new Society Lynching

(2 of 4)

MOTION UNDER 28 U.S.C. § 2255 TO VACATE CONVICTION

United States District Court Northern District - Eastern Division

Curtis Smith            Case Number: 08C2265

Jerome Combs Detention Center,   Prisoner Number: 228499

United States of America v. Curtis Smith

## MOTION TO VACATE CONVICTION

(F)(13) The City of Chicago Police Sixth District Officer's O'Donnell and Officer Walker committed an UNCONSTITUTIONAL STOP, search and seizure, detention
9.(13) This is known as the Exclusionary Rule.

Moreover, LAW ENFORCEMENT OFFICERS violated the Fourth, the Fifth, the Sixth, the Eight, the Fifth and Fourteenth Amendment Rights to the Federal Constitution.

14. The PROSECUTION AND DEFENDANT ATTORNEY changed the interpretation of possession upon the Defendant Curtis Smith Body to include approximately 12' feets in the Rear partition off section from the Front seat section and also to include Alleged Contraband inside Steve Sanford Tool work bag. Steve Sanford directed Officer Walker to inside of Van and where his Steve Sanford Tool work Bag containing Alleged Rusted out Pistol and his Alleged Narcotics

(15) Defendant Curtis Smith, Attorney Michael Finn is guilty of INEFFECTIVE ASSISTANCE OF Counsel For his (1) Failure to suppress IRRELEVANT Prejudice Inadmissible Evidence. (2) FAILURE TO TIMELY Objection. (3) his Failure to Produce Photo copies of City of Chicago Police Officer O'Donnell Testimony BEFORE The Special Grand Jury number #2199. (4) his Failure to Produce Photo copies of City of Chicago Sixth District Police ARREST REPORT Number #153314. Thus, Therefore the Jurors could have seen clearly in the Light all the Lies and Straight PERJURY committed by Officer O'Donnell when he was Testify on the witness Stand Before the Court, for sworn under OATH at the Jury TRIAL hearing (5) his Failure To Purchases said Photo copies with the Three hundred Dollars Annie Smith The defendant Mother gave unto Michael
9(F) Finn For the Above Reason.

10 Yes. — 11(A) PETITION Under 28 U.S.C. § 2254 (2255 crossed) For Writ of Habeus Corpus a Person in State Custody.

11.(A)(2) NA  (3) NA  (4) NA  (5) Grounds Raised [same issues stated in 9.(F)] — (6) NO  (7) N-A  (8) NA

11.(B)(1) United States District Court Northern District of Illinois - Eastern Division

11.(B)(2) NA  (3) NA  (4) NA  (5) Grounds Raised [same issues stated in 9.(F)] — (B)(6) NO  (7) NA (8) NA

11.(C)(1) YES  (2) YES   12.(A) Grounds Raised [same issues stated in 9.(F)] — 12(B)(1) YES

12.(B)(2) [Grounds Raised [same issues stated in 9.(F)] — (13) Grounds raised [same issues stated in 9(F)]

MOTION UNDER 28 USC § 2255 To VACATE CONVICTION

United States District Court Northern District - Eastern Division

Curtis Smith                    Case Number # 08C2265

Jerome Combs Detention Center:   Prison Number #228499

United States of America v. Curtis Smith

## MOTION TO VACATE CONVICTION

14(A) YES [ United States District Court For The Northern District of Illinois - Case Number #08C2265 - Motion For A Judgment of ACQUITTAL. ]

14.(B) The Issues Raised: [ same Issues state in 9.(F) ]

15.(A) [ Jack I. Rodgon Stolen, Over $7,000.00 From Annie Smith BuT, ] Jack I. Rodgon only visited Defendant 2 Time in Eight Months. Jack set a Jury Trial Date. he did not inform Defendant Curtis Smith or Annie Smith. Jack I Rodgon Did NOT Do Any work For The $7,000.00 NONE AT ALL

15(B) Michael Finn INEFFECTIVE Counselor    15.(C) Michael Finn INEFFECTIVE Counselor have been Dismiss. FIRED

15(D) NA (E) NA (F) NA (G) NA    16 YES    17 NO    18 NA

THEREFORE, MOVANT ask That The Court Grant The Following RELIEF: Grant My Motion To Dismiss Charge 725 ILCS 5/194-1-(A)(9). - (2) Dismiss Indictment. Grant My Motion For Direct Verdict of Acquittal Because of The Prosecutorial Misconduct or any other Relief To which Movant may BE Entitled

_Curtis Smith_ PROSE, REFER
Signature of Attorney (PROSE, REFER

I declare Certify Under Penalty of Perjury That The Forgoing is True and Correct and That This Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system of APRIL 29, 2008.

Exected (Curtis Smith) on APRIL 29, 2008 A.M

_Curtis Smith_ PROSE REFER
Signature of Movant