United States of America, Plaintiff
v.
Curtis Smith, Defendant

Case Number 06 CR 0441

Judge William Hibbler

08 C 2265

FILED
MAY 5 2008
May 5, 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR A DIRECT VERDICT OF ACQUITTAL

NOW COMES Defendant Curtis Smith, PROSE, REFER, and moves this Court to enter an order of prosecutorial misconduct based upon the following grounds raised:

1) The City of Chicago Police Department and the Assistant United States Attorney for the United States Government may have been into a conspiracy to destroy very important deem exculpatory evidencial facts, that showed Defendant Curtis Smith is a innocent person.

2) The destroyed rusted out trigger 33 years old beat up rusted redish steel derringer pistol which was useless for self defense, against a person with a real gun that shoot real bullets. Thus that useless rusted derringer could not provide protection if a person was attacking you with a knife.

3) The City of Chicago Police Department destroyed my good running Heavy Duty Chevy Van. The only thing that was wrong with the van was the passenger side door window handle was broke off. The window handle only cost about 2 or 3 dollars to replace at Auto Zone.

4) Jack I Rodgen put in for a subpoena to preserved the van for the jurors could enjoy investigating and see for them selves the passenger side without a door window handle. Had the jury seen Steve Sanford real rusted out pistol they the jury would have laugh at the prosecutor. All the physcial evidence that could attest the facts that the passenger side window could not be let down to have an alleged drug deal with Denise Evans.

5) There was no probable cause for Officer Walker and Officer O'Donnell to stop Defendant van. Mr. Walker, and Mr. O'Donnell testimony before the court was 100% difference, not the same in any reasonable way connecting. Thus Law Enforcement officer made an unconstitutional, stop detention, search and seizure arrest. Prosecution were not seeking truth in this matter

6) The Prosecution misconduct, in the light of the open court was clearly fraudulent and deceitful. The extrinsic 33 years old redish rusted derringer, and Chevy cargo work van evidence of authenticity was conveniently destroyed by Law Enforcement to hide the proof that the Defendant Curtis Smith is innocent of the crime he is accused of committing.

7) Thus the Prosecution substituted the real useless pistol with a brand new shiny radiant brighter, bigger more dangerous looking gun.

8) Defendant objected of the Prosecution using that tainted corrupt new gun to his attorney. Michael Finn refused to file an objection or file a motion to have that new inadmissible counterfeit gun suppressed. Thus, Prosecution violated rules of evidence relevancy - Rule 403 and 404 (B), the exclusion of relevant evidence on grounds of prejudice, confusing and using the the Defendant pass wrongs, and Prosecution changed the year 1994 to 1995 then they used pass sex offense to prejudice the jurors even more against the Defendant.

Thus, therefore after, based upon the above facts, the Defendant Curtis Smith PROSE REFER moves this Honorable Court grant motion for a direct verdict of acquittal for, unto Defendant Curtis Smith

Respectfully submitted

*Curtis Smith* PROSE, REFER
Curtis Smith

1 of 4

United States District Court Northern District of Illinois - Eastern Division

United States of America, Plaintiff
v.
Curtis Smith, Defendant

Case Number 06CR0441

Judge William Hibbler

## Motion For A Direct Verdict of Acquittal

Now Comes Defendant Curtis Smith, PROSE REFER, and move this Court to enter an order of Prosecutorial Misconduct based upon the following ground raised:

1) The City of Chicago Police Department and the Assistant United States Attorney for the United States Government may have been into a Conspiracy to Destroy very important Deem Exculpatory Evidenceal Facts, that showed Defendant Curtis Smith is a innocent person.

2) The Destroyed Rusted out useless Trigger 33 years old Beat up Rusted Redish Steel Derringer pistol which was useless for self defense, against a person with a Real GUN that shoot Real Bullets. Thus that useless Rusted Derringer could not provide Protection if a person was attacking you with a knife.

3) The City of Chicago Police Department destroy my good running Heavy Duty Chevy van. The only thing that was wrong with the van was the passenger side door window handle was broke off. The window handle only cost about 2 or 3 dollars to replace at Auto Zone.

4) Jack I Rodgon put in for a suborna to preserved the van for the jurors could enjoy investigating and see for theselves the passenger side with out a door window handle. Had the jury seen Steve Sanford Real Rusted out Pistol they the jury would have laugh at the prosecutor. All the physcial evidence that could attest the facts that the passenge side window could not be let down to have an alleged drug deal with Deniven Evans.

5) There was no probable cause for officer walker and officer O'Donnell to stop defentant vehicle. Mr. Walker and Mr. O'Donnell testimony before the court was 100% differences, not the same in any reasonable way connecting with each other statement. Thus, law enforcement officers made an unconstitution stop, detention, search and seizure arrest. Prosecution were not seeking truth in this matter.

6) The Prosecution Misconduct, in the light of the open court was clearly fraudulent and deceitful. The extrinsic 33 years old Redish Rusted Derringer and Chevy Cargo work van evidence of authenticity was conveniently destroyed by Law Enforcement to hide the proof that the Defendant Curtis Smith is innocent of the crime he is accused of committing.

7) Thus, the Prosecution substituted the Real useless pistol with a brand new shiny, Radiant, Brighter Bigger More Danggerous Looking Gun.

8) Defendant objected of the Prosecution using that tainted, corrupt NEW GUN to his attorney. Michael Finn refused to file an objection or file a motion to have that new inadmissible counter-feit gun suppressed. Thus, Prosecution violated Rules of Evidence Relevancy - Rule 403 and 404(B). The exclusion of Relevant Evidence on grounds of Pre Judice, Confusing and useing the defendant pass wrong and prosecution changed the year 1994 to 1995 then they used pass sex offense to prejudice the jurors even more against the defendant.

Thus, Therefore after, Based upon the above facts, the defendant Curtis Smith PROSE - REFER moves this Honorable Court Grant motion for a direct verdict of acquittal for, unto defendant Curtis Smith or any other relief to which movant may be entitled

Respectfully Submitted

*Curtis Smith* PROSE REFER

Curtis Smith PROSE REFER

United States of America
  Plaintiff
V.
Curtis Smith
  Defendant

Case Number: 06CR0441

Judge William Hibbler

*Please stamp and send this copy back to me please. Thank you!*

## MOTION FOR A DIRECT VERDICT OF ACQUITTAL

NOW COMES DEFENDANT CURTIS SMITH, PROSE, REFER and moves this Court to enter an order of Prosecutorial Misconduct based upon the following grounds raised:

1) The City of Chicago Police Department and the Assistant United States Attorney for the United States Government may have been into a Conspiracy to Destroy very important deem exculpatory evidencial facts that, Defendant Curtis Smith is a innocent person.

2) The Destroyed Rusted out Trigger 33 years old Beat up Rusted Red steel Derringer Pistol which was useless for self defense, against a person with a real gun that shoot real bullet, Thus That useless Rusted Derringer could not provide protection if a person was attacking you with a knife.

3) The City of Chicago Police Department destroyed my Good Running Heavy Duty Chevy Cargo Work Van. The one thing that was wrong with the Van was the passenger side door window handle was broke off. The window handle only cost 2 or 3 dollars to replace at Auto Zone.

4) I had Jack I Rodgon put in for a subpoena to preserved the Van for the Jurors could enjoy investigating and see for themselves the passenger side without a door window handle. Had the Jury seen Steve Sanford real rust out pistol they the Jury would have laugh at the Prosecutor.
   All the Physical Evidence that could attest the facts that the passenger side window could not be let down to have an alleged drug deal.

5) There was no Probable Cause for Officer Walker and Officer O'Donnell to stop the Defendant Van. Mr. Walker and Mr. O'Donnell Testimony before the Court was 100% difference not the same in any reasonable way connecting.

6) The Prosecution misconduct in the light of the open court was Fraudulent and deceitful. The Extrinsic 33 years old Redish Rusted Derringer and Chevy Cargo Work Van Evidence of Authenticity was conveniencitly destroyed by Law Enforcement to hide the proof that the Defendant Curtis Smith is Innocent of the crime he is accused of committing.

7) Thus, The Prosecution substituted the real useless Pistol with a brand new shiny radiant, brighter bigger more dangerous looking Gun.

8) Defendant objected of the Prosecution using that tainted corrupt new gun to his Attorney. Michael Finn refused to file an objection or file a motion to have that new gun inadmissible gun suppressed. Thus, Prosecution violated Rules of Evidence Relevancy - Rule 403 and 404(B) The Exclusion of Relevant Evidence on grounds of Prejudice, Confusing and using the Defendant pass wrongs to prejudice the Jurors even more against the Defendant. Prosecution changed the year 1994 to 1995 then they used pass sex offense to prejudice the Jurors even more against Defendant.

Thus, Therefore after, Based upon the above Facts, The Defendant Curtis *PROSE REFER* Smith moves this Honorable Court grant Motion for a Direct Verdict of Acquittal for, unto Defendant Curtis Smith.

Respectfully Submitted
*Curtis Smith* PROSE REFER
Curtis Smith

United State District Court Northern District of Illinois - Eastern Division

United States of America    Case number 06 CR0441
  Plaintiff
  v.
Curtis Smith               JUDGE WILLIAM HIBBler
  Defendant

## MOTION FOR A DIRECT VERDICT OF ACQUITTAL

### PROSECUTORIAL MISCONDUCT

I declare Cerfify under penalty of Perjury That The Forgoing is True and correct and That This MOTION FOR A DIRECT VERDICT OF ACQUITTAL was placed in The prison mailing system on APRIL 29, 2008

Exected (Curtis Smith) on APRIL 29, 2008

_Curtis Smith_
Signature of Attorney PROSE REFER

_Curtis Smith_
Signature of Movant

(4 of 4)