UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 cv 2265 |
| v. | ) | |
| | ) | Judge William J. Hibbler |
| CURTIS SMITH | ) | |

## **ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

                                       Respectfully submitted,

                                       PATRICK J. FITZGERALD
                                       United States Attorney

        By:    s/Sheri H. Mecklenburg
                 SHERI H. MECKLENBURG
                 Assistant United States Attorney
                 219 South Dearborn Street
                 Chicago, Illinois 60604
                 (312) 469-6030

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**ATTORNEY DESIGNATION**

was served on May 19, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

By: s/Sheri H. Mecklenburg
SHERI H. MECKLENBURG
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312)469-6030