United States District Court For The Northern District of Illinois, Eastern Division

United States of America, Plaintiff

v.

Curtis Smith, Defendant

Case Number: 08C2265

Judge William Hibbler

**FILED**
MAY 15 2008
5-15-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION 28 U.S.C § 2255 FOR A JUDGEMENT OF ACQUITTAL

## CERTIFICATE OF SERVICE

I, CURTIS SMITH, swear under penalty of perjury that I served a copy of the attached document on The U.S. Attorney For The Northern District of Illinois is: 219 Dearborn Street, Room 500, Chicago, IL 60604 by placing it in the mail at the Jerome Combs, D.C. Correctional Center on May 10, 2008.

Curtis Smith   PROSE-REFER
(Signature)