MOTION UNDER 28 U.S.C. § 2255 TO VACATE CONVICTION

United States District Court Northern District, Eastern Division

CURTIS SMITH         Case Number: 08C 2265

Jerome Combs Detention Center — PRISONER NUMBER: #228499

UNITED STATES OF AMERICA vs. CURTIS SMITH

MOTION TO VACATE CONVICTION

FILED
MAY 1 5 2008
5-15-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### CERTIFICATE OF SERVICE

I, CURTIS SMITH, swear under penalty of perjury that I served a copy of the attached document on The U.S. Attorney for the Northern District of Illinois is: 219 South Dearborn Street, Room 500, Chicago, IL, 60604 by placing it in the mail at The Jerome Combs Correctional Center on May 09, 2008.

Curtis Smith  PROSE REFER
SIGNATURE

(1 of 1)