UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) ① United States oF America )
② MOTION UnDeR 28 U.S.C§2255 TO vAcATe Conviction )
v. )
Curtis Smith )
)
Defendant(s) )
)
)
)

**FILED**
MAY 2 0 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: ① 08CV-02441 ② 08C-2265 ③ 06CR 0441

Judge WILLIAM J. HIBBLER

### MOTION FOR APPOINTMENT OF COUNSEL

1. I, Curtis Smith, declare that I am the (check appropriate box)
   ☐ plaintiff ☒ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: by writing This MOTION FOR APPOinTment oF Counsel To THE CORT.

3. In further support of my motion, I declare that (check appropriate box):

   ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☒ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☐ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☒ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☒ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   _Curtis Smith_
   Movant's Signature
   Jerome Combs Detention Center
   3050 Justice Way
   Street Address
   Kankakee, IL 60901
   City/State/Zip

Date: May 13, 2008

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Chief Judge Michael P. McCuskey | Case Number # 2:07-cv-02216 |
|---|---|---|
| Case Title | Smith v. United States Department of Justice et al. | |
| Appointed Attorney's Name | University of Illinois Law Professor, Steve Beckett, and his Law Students Justin Eurek | |
| If case is still pending, please check box: | ☒ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: | |



UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF Illinois, Eastern Division

May 13, 2008

(Please Return This Copy To Curti Smith Please. Thank You!)

## MOTION FOR COURT APPOINTED COUNSEL FOR DEFENDANT CURTIS SMITH LEGAL DEFENSE

| No: 08-2265 | UNITED STATES OF AMERICA Plaintiff <br><br> v. <br><br> CURTIS SMITH Defendant |
|---|---|

Originating Case Information
District Court No.: 06CR0441
Northern District of Illinois, Eastern Division
Clerk/Agency Rep Michael Dobbins
Judge William J. Hibbler

Defendant's Attorney Michael Flynn has withdraw completely from Curtis Smith case.

I, CURTIS SMITH, Declare that I am the movant in the above entitled case; That in support of my motion to proceed without being required to prepay fees, cost or give security Therefor, I state that because of my poverty, I am unable to pay the cost of said proceeding or to give security Therefor, That I believe I am entitled to relief.

Therefore, Based upon the above facts, I want the Court grant adequate representation of a Court appointment of Counsel To Assist Defendant Curtis Smith. Defendant Curtis Smith already have on File a Motion To proceed on appeal in Forma pauperis with the State, along with a Certified copy of his prison trust account statement for the pass six month period proceding The Filing of the notice of appeal have already been done, and or any other relief to which movant may be entitled.

Respectfully Submitted
Curtis Smith PROSE, REFER