**SECOND AMENDED**

MOTION UNDER 28 U.S.C. SECTION 2255
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
JUN 16 2008
JUN 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY
A PERSON IN FEDERAL CUSTODY

---

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | CASE NO. _08 C 2265_ |
| _Curtis Smith (228499)_ ) | (To be supplied by clerk) |
| ) | |
| (Full name and prison number of movant) ) | |

**IF THE MOVANT HAS A SENTENCE TO BE SERVED IN THE FUTURE UNDER A FEDERAL JUDGMENT WHICH HE WISHES TO ATTACK, HE SHOULD FILE A MOTION IN THE FEDERAL COURT WHICH ENTERED THE JUDGMENT.**

1. Place of detention, or if on parole, date of parole release
   _Jerome Combs Detention Center_.

2. Name and location of court which sentence was imposed and name of judge who imposed the sentence which is now under attack.
   _United States District Court North District - Eastern Division_
   _Honorable Judge William Hibbler_

Revised: March 4, 2004

3. Date of judgment of (conviction): APRIL 11, 2008

4. Case number: O8C 2265 — old case number O6CR0441

5. Length of sentence: NA

6. Nature of offense involved (all counts): _____
   One count possess of Unlawful possession of Pistol
   one count possess of Controlled Substance

7. What was your plea?           (check one)

   (A) Not guilty               (X)
   (B) Guilty                   (  )
   (C) Nolo Contendere          (  )

8. Kind of trial:                (check one)

   (A) Jury                     (X)
   (B) Judge only               (  )

9. Did you testify at the trial?

   Yes (X)                      No (  )

10. Did you appeal from the judgment of conviction?

    Yes (X)                     No (  )

11. If you did appeal, answer the following:

    (A) Name of court United States Court of Appeals For The Seventh Circuit

    (B) Result Notice of Case Opening

    (C) Date of result NA

12. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?

    Yes (X)                     No (  )

13. If your answer to (12) was "**YES**," give the following information:

(A) (1) Name of court _Notice of APPEAL TO A COUR of APPEALS From Judgment of Conviction_

(2) Nature of proceeding _NA_

(3) Grounds Raised _Indictment is Based Solely upon The Testimony of INcompetent witness. I was Basily ReConvicted of A Alleged June 1994 Sex OFFense. I was not Convicted Beyond a ReasonABle Doubt. I was not Convicted Base upon the Facts of the Case. The Jury should have been Replace. I did not Receive a FAir Jury Trial._

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ( )   No (X)

(5) Result _NA_

(6) Date of result _NA_

(B) As to any second petition, application or motion, give the same information:

(1) Name of the court _SUPREME Court Rule — ON PETITION FOR WRIT OF CERTIORIARI TO The United State Court of APPEALS the FIFTH CIRCUIT._

(2) Nature of proceeding _NA_

(3) Grounds Raised _I Did not Receive a FAIR TRIAL. I was Denied The FAirness of DUE PROCESS of Law. Prosecutorial Misconduct Prosecution Change The Year From 1994 To 1995. PROsecution Committed PERJUry BEFORE The Court._

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ( )   No (X)

(5) Result _NA_

(6) Date of result _NA_

(C) As to any third petition, application or motion, give the same information:

(1) Name of the court _SUPREME COURT RULE (20)(1) PETITION under_

(2) Nature of proceeding _NA_

(3) Grounds Raised _NA_

(4) Did you receive an evidentiary hearing on your petition, application or motion?

   Yes ( )   No (✗)

(5) Result _NA_

(6) Date of result _NA_

(D) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

   (1) First petition, etc.   Yes (✗)   No ( )

   (2) Second petition, etc.   Yes (✗)   No ( )

   (3) Third petition, etc.   Yes (✗)   No ( )

(E) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_NA_

14. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: IF YOU FAIL TO SET FORTH ALL GROUNDS IN THIS MOTION, YOU MAY BE BARRED FROM PRESENTING ADDITIONAL GROUNDS AT A LATER DATE.

A. Ground one _The Two CITY OF Chicago POLICE OFFICERS VIOLATED CURTIS SMITH ConstitUTIONAL, and CIVIL RIGHTS BY THE TERRY v. Ohio, 392 U.S.1 (1968). STOP without PROBABLE CAUSE. In which No Reasonable suspicion That illegal activity was underway FOR_

4                                    Revised: March 4, 2004

Supporting FACTS (tell your story briefly without citing cases or law: The CITY OF Chicago SIXTH DISTrict POLICe OFFICER O'Donnell and OFFicer Walker To Justified There detaining and QUEStioning Then Robbing, Framing and ARResting Curtis Smith. The Law ENFORCEMENT OFFICER VIOlAtion oF my Curtis Smith The FourTH The FIFTH, The SIXTH, THE EIGHT, THE FIFTH And FourTEENTH AMENDMENTS RIGHTS TO The FEDERAL CONSTITUTION and There CIVIL RIGHTS VIOLATION OF Curtis Smith,

THE INDICTMENT is Based Solely upon The Testimony oF a INCOMPETENT WITNess OFFICER Michael O'Donnell, whereFore OFFicer Lied and Committed PERJURY BEFORE The Special Grand Jury #2199 Seeking and Granted a TRUE BILL OF INDictment against Curtis Smith.

B.  Ground two The DeLay was The Product oF PROsecution Deliberate SLow, in Action by Assistant ILLinois States ATTorney and The ASSISTANT United States ATTorney IN ORDER TO GAIN TACTical Advantage People v. Lawson 67 ILL. 2d 449 (1977), ThereforeaFter The above and beLow Facts.

Supporting FACTS (tell your story briefly without citing cases or law):

There is a MAJOR Conspiracy against DeFendant Curtis Smith Produce by The Assistant United States ATTorney and The City oF Chicago Police DepArtment To ATTest These Facts, The City oF Chicago Police Department has Destroyed ALL The very Valueable Deem ExculPatory EVIDENcial PROOF ATTesting The Fact Curtis Smith is INNocent, NOT GUILTY oF the Alleged Crime he is accused of Committing.

PROSEcution Deliberatily sLow inaction has cause The Loss OF The DeFendant's Two Front seat Passenger Felicia Jackson who was sitting on Steve SanFord Lap, These Two person wanted to Appear in Court to testify on what happen on the night oF January 30, 2005, They were Curtis Smith ALiby witness of First hand inFormant against OFFicer O'Donnell From The begining to the END oF ARREST.

C.  Ground three Because oF There very Large Herion use They Both Die oF AIOS, Thus, Curtis Smith conviction was, is The Future oF The NEW United States LegaLize SocieTy hanging and Lynching

Supporting FACTS (tell your story briefly without citing cases or law): OF The United States most helpless to deFend ThemselF oF any any crime They are accused of Committing. Yes The Sex OFFender is The Weakiest OF All United State persons. As A MATTer oF Fact Curtis Smith Case Will ATTesT These Facts, Because I was not convicted BEYOND A REASONABLE DOUBT, NOR was I convicted BY All The TAINTED, INAdmissable, Corrupt EVIDENCE. Curtis Smith was convicted Thus RE-Convicted oF June 1994 Sex OFFENse. Why Did PROSECUTion Change the year To June 1995? 1995??

Ground four On October 12, 2007, Case number # 07C5794 Case NAme Curtis Smith v. James Tomaska et al. BEFORE The HONORAble Judge Mark Filip.

Supporting FACTS (tell your story briefly without citing cases or law: As a MATTER oF Fact I Curtis Smith, stated on page Four IV. or V. That I was at the same corner gas station at approximately 8:30 P.m. PURChaseing $11.00 gas and Played $10.00 on my LoTTery. NOW, UPON The witness stand, OFFicer O'Donnell Lied, and Committed PERJURY BEFORE The HONORABLE Judge WILLIAM J. HIBBLER AFter O'Donnell was duly Forsworn under Oath on the 7th and 8th day of APRIL 2008 A.D., WhereFore, NONE OF OFFicer O'Donnell Testimony Match NOR MIRROR his City of Chicago Arrest RePorT Statement number #153314 WriTTen on January 30, 2005. OFFicer O'Donnell Stated "on 8100 south Ashland corner gas station at about 8:30 P.m. and 8:40 P.m. OFFicer walker and Their Informant called and Talk with Curt Two Time. O'Donnell Lied Committed PERJURY Again BeforeThe Court. The Facts are Curtis Smith was at that same gas station at the same time. IF Walker, and informate was There at the gas station They could have Talk Face to Face with Curtis.

15. If any of the grounds listed in 14 A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: OFFicer O'Donnell Stated under oath That he was driving, and OFFicer walker Stated that he was driving and Blocked Curtis Smith Path in Front oF Block Buster Video store at approximately 7931 south Ashland. InWhich is about 200 Feets away From 7951 South Ashland. Thus OFFicer Walker ATTest the Fact That Curtis Smith did not stop at 7951 South Ashland. ThereFor, There was NOT A Drug deal in Front oF 7951 south Ashland That OFFicer O'Donnell Committed PERJURY BeFore The Grand Jury #2199 when he made that Statement.

16. Do you have any petition or appeal now pending in any court as to the judgment under attack?   Yes [X]   No ( )

   (A) If "YES," state the name of the court and the nature of the proceeding: United State Court of Appeals For The SEVENTH CIRCUIT  Case number: 08-2100 - Curtis Smith v. James Tomaska et al. CIVIL and CONSTITUTIONAl VIOLation by Assistant Illinois States Attorney and Two City of Chicago Police OFFicer O'Donnell and OFFicer Walker

17. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

   (A) At preliminary hearing Jack I. Rodgon - he was Relieve oF his Service Ineffective Counsel

   (B) At arraignment and plea Jack I. Rodgon - he was Relieve oF his service Ineffective Counsel

 (C) At trial _Michael Finn - 53 West Jackson Blvd STe 585_
   _Chicago, IL 60604  Phone 312-662.1022 - FAX 312-662-1033_

 (D) At sentencing _July 24, 2008_

 (E) On appeal _NA_

 (F) In any post-conviction proceeding _NA_

 (G) On appeal from any adverse ruling in a post-conviction proceeding _NA_

18. Were you sentenced on more than one count of an indictment, or more than one indictment, in the same court and at approximately the same time?   Yes (☒)   No ( )

19. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
            Yes ( )   No (☒)

 (A) If so, give the name and location of the court which imposed the sentence to be served in the future: _NA_

 (B) And give the date and length of sentence to be served in the future: _NA_

Revised: March 4, 2004

WHEREFORE, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____     _Curtis Smith_____
Signature of attorney (if any)            Signature of Movant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **MAY 26, 2008**
                  (date)

_Curtis Smith_____
Signature of Movant

United States District Court Northern District of Illinois, Eastern Division

Date: June 03, 2008

| MOTION TO VACATE Conviction |

| No.: 08-C 2265 | United States<br><br>v.<br><br>Curtis Smith (22 84 99) |

Originating Case Information:
District Court No: 1:06-cr-0441
Northern District of Illinois, Eastern Division
Court Reporter Alexandra Roth
Clerk/Agency Rep. Michael Dobbins
District Judge William Hibbler

## CERTIFICATE OF SERVICE

I, CURTIS SMITH, swear under penalty of perjury that I served a copy of the attached document on The U.S. Attorney For The Northern District of Illinois is: 219 South Dearborn Street, Room 500, Chicago Illinois 60604, by placing it in the Mail at The Jecombs Combs Correctional Center on June 03 2008

Curtis Smith