**FILED**
JUN 1 6 2008
Jun 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

**UniTed STATES**
Plaintiff

v.

**CurTis SmiTh-(228499)**　CASE NUMBER **08 C 2265**
Defendant(s)　　　　　　　　　JUDGE **William Hibbler**

Wherever □ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, **Curtis Smith**, declare that I am the ☒plaintiff □petitioner □movant (other_____) in the above-entitled case. This affidavit constitutes my application □ to proceed without full prepayment of fees, or □ in support of my motion for appointment of counsel, or □ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?　☒Yes　□No　(If "No," go to Question 2)
   I.D. # **228499**　　Name of prison or jail: **Jerome Combs D.C.**
   Do you receive any payment from the institution? □Yes ☒No　Monthly amount:_____

2. Are you currently employed?　□Yes　☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married?　□Yes　☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages　　　　　　　　　　　　　　　　　□Yes　☒No
      Amount_____　　　　Received by_____

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
Amount_____ Received by_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount_____ Received by_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
        ☐Yes    ☒No
Amount_____ Received by_____

    e.    ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
Amount_____ Received by_____

    f.    ☐Any other sources (state source:_____)    ☐Yes    ☒No
Amount_____ Received by_____

4.    Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.    Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
        ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.    List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: MAY 26 2008

_Curtis Smith_
Signature of Applicant

_Curtis Smith_
(Print Name)

UNITED STATES
v.
CURTIS SMITH

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Curtis Smith, I.D.# 228499, has the sum of $ 1.33 on account to his/her credit at (name of institution) Jerome Combs D.C.. I further certify that the applicant has the following securities to his/her credit: ———. I further certify that during the past six months the applicant's average monthly deposit was $ 58.34.
(Add all deposits from all sources and then divide by number of months).

6-2-08
DATE

_Gloria Lochner_
SIGNATURE OF AUTHORIZED OFFICER

_GLORIA LOCHNER_
(Print name)

rev. 10/10/2007

## Resident Transaction Details

Transactions From 12/2/2007 To 6/2/2008

### 228499 : SMITH, CURTIS
MAX B

Main Balance: $1.33

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 410360 | 5/22/2008 | BillPay | | | PAYMENT FOR TRANS 410359 | -$1.68 | $1.33 |
| 410359 | 5/22/2008 | Bill | $1.68 | $1.68 | postage : 3 | | $1.33 |
| 410188 | 5/22/2008 | BillPay | | | PAYMENT FOR TRANS 410187 | -$20.00 | $3.01 |
| 410187 | 5/22/2008 | Bill | $20.00 | $20.00 | Phone Card : 3 | | $3.01 |
| 410005 | 5/22/2008 | BillPay | | | PAYMENT FOR TRANS 410004 | -$12.66 | $23.01 |
| 410004 | 5/22/2008 | Bill | $12.66 | $12.66 | Commissary : COMMISSARY 5/22/2008 REF:917 | | $23.01 |
| 408712 | 5/20/2008 | BillPay | | | PAYMENT FOR TRANS 403622 TO Over the Counter Drugs : 3 : PAID IN FULL | -$4.46 | $35.67 |
| 408711 | 5/20/2008 | Add | | | MO# 11963379556 AS | $40.00 | $35.67 |
| 404590 | 5/7/2008 | BillPay | | | PAYMENT FOR TRANS 404589 | -$0.41 | -$4.33 |
| 404589 | 5/7/2008 | Bill | $0.41 | $0.41 | postage : 3 | | -$4.33 |
| 403623 | 5/2/2008 | BillPay | | | PAYMENT FOR TRANS 403622 | -$0.54 | -$3.92 |
| 403622 | 5/2/2008 | Bill | $5.00 | $5.00 | Over the Counter Drugs : 3 | | -$3.92 |
| 403459 | 5/1/2008 | BillPay | | | PAYMENT FOR TRANS 403458 | -$0.41 | $1.08 |
| 403458 | 5/1/2008 | Bill | $0.41 | $0.41 | postage : 3 | | $1.08 |

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 401987 | 4/29/2008 | BillPay | | | PAYMENT FOR TRANS 401986 | -$2.87 | $1.49 |
| 401986 | 4/29/2008 | Bill | $2.87 | $2.87 | postage : 3 | | $1.49 |
| 400996 | 4/24/2008 | BillPay | | | PAYMENT FOR TRANS 400995 | -$10.00 | $4.36 |
| 400995 | 4/24/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $4.36 |
| 400854 | 4/24/2008 | BillPay | | | PAYMENT FOR TRANS 400853 | -$12.66 | $14.36 |
| 400853 | 4/24/2008 | Bill | $12.66 | $12.66 | Commissary : COMMISSARY 4/24/2008 REF:895 | | $14.36 |
| 399553 | 4/22/2008 | BillPay | | | PAYMENT FOR TRANS 399552 | -$10.00 | $27.02 |
| 399552 | 4/22/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $27.02 |
| 399095 | 4/21/2008 | BillPay | | | PAYMENT FOR TRANS 399094 | -$0.41 | $37.02 |
| 399094 | 4/21/2008 | Bill | $0.41 | $0.41 | postage : 2 | | $37.02 |
| 398790 | 4/18/2008 | Add | | | MO# R200779450201 AS | $35.00 | $37.43 |
| 397687 | 4/16/2008 | BillPay | | | PAYMENT FOR TRANS 397686 | -$2.66 | $2.43 |
| 397686 | 4/16/2008 | Bill | $2.66 | $2.66 | postage : 3 | | $2.43 |
| 397138 | 4/15/2008 | BillPay | | | PAYMENT FOR TRANS 397137 | -$10.00 | $5.09 |
| 397137 | 4/15/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $5.09 |
| 394591 | 4/8/2008 | BillPay | | | PAYMENT FOR TRANS 394590 | -$10.00 | $15.09 |
| 394590 | 4/8/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $15.09 |
| 394056 | 4/7/2008 | Add | | | MO# 11963577622 AS | $25.00 | $25.09 |
| 391071 | 3/27/2008 | BillPay | | | PAYMENT FOR TRANS 391070 | -$4.62 | $0.09 |
| 391070 | 3/27/2008 | Bill | $4.62 | $4.62 | Commissary : COMMISSARY 3/27/2008 REF:869 | | $0.09 |
| 389981 | 3/25/2008 | Check | | | Check 15070 Paid To: CLERK OF THE COURT PARTIAL FILING FEE ON CASE: 07 C 5794 CURTIS SMITH VS TAMES TOMASKA, ETAL | -$20.33 | $4.71 |
| 389911 | 3/25/2008 | BillPay | | | PAYMENT FOR TRANS 389910 | -$20.00 | $25.04 |

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 389910 | 3/25/2008 | Bill | $20.00 | $20.00 | Phone Card : 3 | | $25.04 |
| 389616 | 3/25/2008 | Add | | | MO# 501460 EM | $20.00 | $45.04 |
| 389465 | 3/24/2008 | Add | | | MO# 11963575484 AS | $25.00 | $25.04 |
| 383904 | 3/6/2008 | BillPay | | | PAYMENT FOR TRANS 383903 | -$10.00 | $0.04 |
| 383903 | 3/6/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $9.04 |
| 383644 | 3/5/2008 | BillPay | | | PAYMENT FOR TRANS 383643 | -$2.66 | $10.04 |
| 383643 | 3/5/2008 | Bill | $2.66 | $2.66 | Commissary : COMMISSARY 3/5/2008 REF:841 | | $10.04 |
| 382537 | 3/4/2008 | BillPay | | | PAYMENT FOR TRANS 382536 | -$4.60 | $12.70 |
| 382536 | 3/4/2008 | Bill | $4.60 | $4.60 | postage : 3 | | $12.70 |
| 382393 | 3/4/2008 | BillPay | | | PAYMENT FOR TRANS 382392 | -$10.00 | $17.30 |
| 382392 | 3/4/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $17.30 |
| 381907 | 3/3/2008 | CredPay | | | PAYMENT FOR TRANS 381906 | $2.31 | $27.30 |
| 381906 | 3/3/2008 | Credit | $2.31 | $2.31 | Commissary : COMMISSARY CREDIT 3/3/2008 REF:836 | | $24.99 |
| 381845 | 3/3/2008 | BillPay | | | PAYMENT FOR TRANS 381844 | -$2.46 | $24.99 |
| 381844 | 3/3/2008 | Bill | $2.46 | $2.46 | postage : 3 | | $24.99 |
| 381330 | 2/28/2008 | BillPay | | | PAYMENT FOR TRANS 381329 | -$10.00 | $27.45 |
| 381329 | 2/28/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $27.45 |
| 381066 | 2/28/2008 | BillPay | | | PAYMENT FOR TRANS 381065 | -$4.50 | $37.45 |
| 381065 | 2/28/2008 | Bill | $4.50 | $4.50 | Commissary : COMMISSARY 2/28/2008 REF:833 | | $37.45 |
| 379689 | 2/26/2008 | BillPay | | | PAYMENT FOR TRANS 379688 | -$10.00 | $41.95 |
| 379688 | 2/26/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $41.95 |
| 376591 | 2/21/2008 | BillPay | | | PAYMENT FOR TRANS 376590 | -$1.62 | $51.95 |
| 376590 | 2/21/2008 | Bill | $1.62 | $1.62 | Commissary : COMMISSARY 2/21/2008 REF:825 | | $51.95 |

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 376215 | 2/21/2008 | Add | | | MO# 11963560228 AS | $50.00 | $53.57 |
| 375897 | 2/14/2008 | BillPay | | $1.80 | PAYMENT FOR TRANS 375896 | -$1.80 | $3.57 |
| 375896 | 2/14/2008 | Bill | $1.80 | | Commissary : COMMISSARY 2/14/2008 REF:820 | | $5.37 |
| 374090 | 2/7/2008 | BillPay | | $20.00 | PAYMENT FOR TRANS 374089 | -$20.00 | $5.37 |
| 374089 | 2/7/2008 | Bill | $20.00 | | Phone Card : 3 | | $25.37 |
| 373902 | 2/7/2008 | BillPay | | $3.86 | PAYMENT FOR TRANS 373901 | -$3.86 | $25.37 |
| 373901 | 2/7/2008 | Bill | $3.86 | | Commissary : COMMISSARY 2/7/2008 REF:812 | | $29.23 |
| 373415 | 2/7/2008 | Add | | | MO# 11629224865 ES | $25.00 | $29.23 |
| 371422 | 1/31/2008 | BillPay | | $7.18 | PAYMENT FOR TRANS 371421 | -$7.18 | $4.23 |
| 371421 | 1/31/2008 | Bill | $7.18 | | Commissary : COMMISSARY 1/31/2008 REF:800 | | $11.41 |
| 370665 | 1/30/2008 | PayVoid | | $5.70 | VOID TRANS 370642 | $5.70 | $11.41 |
| 370664 | 1/30/2008 | BillVoid | $25.00 | $5.70 | VOID TRANS 370641 : VOID | -$5.70 | -$13.59 |
| 370642 | 1/30/2008 | BillPay | | $0.00 | PAYMENT FOR TRANS 370641 | | -$13.59 |
| 370641 | 1/30/2008 | Bill | $25.00 | | Prescription : 3 | | $11.41 |
| 370076 | 1/29/2008 | BillPay | | $20.00 | PAYMENT FOR TRANS 370075 | -$20.00 | $11.41 |
| 370075 | 1/29/2008 | Bill | $20.00 | | Phone Card : 3 | | $31.41 |
| 368988 | 1/24/2008 | Add | | | AS | $25.00 | $31.41 |
| 367030 | 1/17/2008 | BillPay | | $1.20 | PAYMENT FOR TRANS 367029 | -$1.20 | $6.41 |
| 367029 | 1/17/2008 | Bill | $1.20 | | Commissary : COMMISSARY 1/17/2008 REF:781 | | $7.61 |
| 366166 | 1/16/2008 | BillPay | | $4.00 | PAYMENT FOR TRANS 366165 | -$4.00 | $7.61 |
| 366165 | 1/16/2008 | Bill | $4.00 | | Over the Counter Drugs : 4 | | $11.61 |
| 365535 | 1/15/2008 | BillPay | | $20.00 | PAYMENT FOR TRANS 365534 | -$20.00 | $11.61 |
| 365534 | 1/15/2008 | Bill | $20.00 | | Phone Card : 3 | | $11.61 |

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 364331 | 1/10/2008 | BillPay | | | PAYMENT FOR TRANS 364330 | -$0.42 | $31.61 |
| 364330 | 1/10/2008 | Bill | $0.42 | $0.42 | Commissary : COMMISSARY 1/10/2008 REF:774 | | $31.61 |
| 363978 | 1/10/2008 | BillPay | | | PAYMENT FOR TRANS 363977 | -$10.00 | $32.03 |
| 363977 | 1/10/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $32.03 |
| 363290 | 1/9/2008 | Add | | | MO# 11629220141 AS | $25.00 | $42.03 |
| 362599 | 1/7/2008 | CredPay | | | PAYMENT FOR TRANS 362598 | $0.42 | $17.03 |
| 362598 | 1/7/2008 | Credit | $0.42 | $0.42 | Commissary : COMMISSARY CREDIT 1/7/2008 REF:767 | | $16.61 |
| 361742 | 1/3/2008 | BillPay | | | PAYMENT FOR TRANS 361741 | -$3.86 | $16.61 |
| 361741 | 1/3/2008 | Bill | $3.86 | $3.86 | Commissary : COMMISSARY 1/3/2008 REF:764 | | $16.61 |
| 359851 | 12/27/2007 | BillPay | | | PAYMENT FOR TRANS 359850 | -$10.00 | $20.47 |
| 359850 | 12/27/2007 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $20.47 |
| 359563 | 12/27/2007 | BillPay | | | PAYMENT FOR TRANS 359562 | -$1.62 | $30.47 |
| 359562 | 12/27/2007 | Bill | $1.62 | $1.62 | Commissary : COMMISSARY 12/27/2007 REF:752 | | $30.47 |
| 355513 | 12/13/2007 | BillPay | | | PAYMENT FOR TRANS 355512 | -$33.13 | $32.09 |
| 355512 | 12/13/2007 | Bill | $33.13 | $33.13 | Commissary : COMMISSARY 12/13/2007 REF:733 | | $32.09 |
| 354337 | 12/11/2007 | BillPay | | | PAYMENT FOR TRANS 354336 | -$10.00 | $65.22 |
| 354336 | 12/11/2007 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $65.22 |
| 354005 | 12/11/2007 | BillPay | | | PAYMENT FOR TRANS 353832 TO Over the Counter Drugs : 3 : PAID IN FULL | -$4.89 | $75.22 |
| 354004 | 12/11/2007 | Add | | | AS | $80.00 | $75.22 |
| 353833 | 12/10/2007 | BillPay | | | PAYMENT FOR TRANS 353832 | -$0.11 | -$4.78 |
| 353832 | 12/10/2007 | Bill | $5.00 | $5.00 | Over the Counter Drugs : 3 | | -$4.78 |
| 353053 | 12/6/2007 | BillPay | | | PAYMENT FOR TRANS 353052 | -$0.29 | $0.22 |
| 353052 | 12/6/2007 | Bill | $0.29 | $0.29 | Commissary : COMMISSARY 12/6/2007 REF:725 | | $0.22 |

Printed 6/2/2008                  Confidential Property of                  Page 5 of 5

OFFICIAL SEAL
GLORIA LOCHNER
Notary Public – State of Illinois
My Commission Expires Dec. 28, 2009

*Gloria Lochner*
6-2-08