**FILED**

JUN 1 6 2008

Jun 16. 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Plaintiff(s)                                              )    NEW Case number # 08C2265
            UNITED STATES OF AMERCIA   )    Case Number: 08-cr-0447
                        PlainTiFF           )
                        v.                       )
            Curtis Smith                    )
Defendant(s)                              )    Judge: William Hibbler
                        DeFENDANT    )
                                                        )

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1.  I, _Curtis Smith_ ,declare that I am the (check appropriate box)
    [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford
    the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in
    this proceeding[NOTE: This item *must* be completed]: I Am POOR, There FoR, WITh The
    ASSISTANT OF ThE COURT, and ThE ONE FEDERAL CoDE and RuLES
    BOOK. [JERome Combs Jail do not have a Law Library] — I BELIEVE I UNDER-
    STAND, Now, WhAt The COURT ORDER'S ARE TO FILE A MOTION
    FOR APPOINTMENT OF COUNSEL. I have REACHed The Limit oF my understanding
    OF The FEDERAL LAW and CoDES, and RuLES I WanT CounseL to help me.

3.  In further support of my motion, I declare that (check appropriate box):

    [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court
        in this or any other civil or criminal proceeding before this Court.

    [X] I am currently, or previously have been, represented by an attorney appointed by the Court
        in the proceeding(s) described on the back of this page.

4.  In further support of my motion, I declare that (check appropriate box):

    [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding
        detailing my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and
        it is a true and correct representation of my financial status.

    [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding.
        However, my financial status has changed and I have attached an Amended Application to Proceed *In
        Forma Pauperis* to reflect my current financial status.

5.  I declare under penalty that the foregoing is true and correct.

_Curtis Smith_                                    _3050 Justice Way_
Movant's Signature                              Street Address

_5-26-2008_                                        _Kankakee IL 60901_
Date                                                    City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _Chief Judge Michael P. McCuskey_     Case Number: _2:07-cv-02216_

Case Title: _Curtis Smith -v- United States Department of Justice et·al._

Appointed Attorney's Name: _Justin Eurek_

If this case is still pending, please check box  ☒

---

Assigned Judge: _William Hibbler_     Case Number: _06 CR 0447_ / _08 C 2265_

Case Title: _UNITED STATES OF AMERCIA -v- CURTIS Smith_

Appointed Attorney's Name: _Michael Finn_

If this case is still pending, please check box  ☒

---

Assigned Judge: _William Hibbler_     Case Number: _08 C 2265_

Case Title: _Motion To Vacate Conviction - Pursuant to 28 U.S.C. Section 2255_

Appointed Attorney's Name: _Michael Finn_

If this case is still pending, please check box  ☒

---

Assigned Judge: _____     Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box  ☐